FILED
2020 JUL -9 P 3: 46
U.S BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE: Rhett Weathers           *   Case No. 19-00173

                     *   Bankruptcy Proceeding

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that on June 19, 2020, David Maresca, filed a Voluntary Petition seeking relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Virginia. The case number for his case is 20-11483.

                       *s/ Steven H. Greenfeld*
                       Not admitted in this jurisdiction
                       Cohen, Baldinger & Greenfeld, LLC
                       Steven H. Greenfeld, Esquire
                       2600 Tower Oaks Blvd
                       Suite 103
                       Rockville, MD 20852-4281
                       P: 301.881.8300

## CERTIFICATE OF SERVICE

I HEREBY Certify that on this 2nd day of July, 2020, the foregoing Motion was mailed postage pre-paid first class mail to: King and Queen Building 145 King Street, Room 225 Charleston, SC 29401.

/s/ Steven H. Greenfeld
Steven H. Greenfeld, Esquire