OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

| Laura A. Austin | DISTRICT OF SOUTH CAROLINA | TELEPHONE (803)765-5436 |
|---|---|---|
| Clerk of Court | J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE | www.scb.uscourts.gov |
| | 1100 LAUREL STREET | |
| | COLUMBIA, SOUTH CAROLINA  29201-2423 | |

_____

DATE:        June 25, 2021


TO:          Linda Barr
             Office of United States Trustee
             1835 Assembly Street, Suite 953
             Columbia, SC 29201

RE:          Reclamation of Exhibits
             Case Name: Rhett Weathers
             Case No: 19-00173-jw


You submitted certain materials/documents into evidence during a trial or hearing in the above-captioned case.

Pursuant to District of South Carolina Local Bankruptcy Rule 9070-1, exhibits shall be claimed by the applicable party within 14 days after the expiration of the time for appeal.

This is to advise you that, unless you claim and remove the exhibits from this office within 14 days of the date of this letter, they will be destroyed as provided by Local Rule 9070-1.  Please contact me at (803) 765-5037 to coordinate return of these exhibits.


Laura A. Austin, Clerk of Court
United States Bankruptcy Court


BY:    /s/Sheree Phipps
       Sheree Phipps, Deputy Clerk


Acknowledgment of Receipt of Exhibits Previously Introduced at a trial/hearing.


| **Exhibit** | **On Behalf Of** | **Date Introduced** |
|---|---|---|
| **1-17, 19-27** | **US Trustee** | **April 25, 2019** |


Received by: _____        on _____
                    Attorney's Signature                     Date


             _____        _____
                   Typed or Printed Name                District Court ID No.

Received by: _____        on _____
                    Courier's Signature                      Date